IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GLENN ALAN CHIARILLI,

        Petitioner,

v.

        Case No. 5D23-1446
        LT Case No. 2018-CF-002151-A

STATE OF FLORIDA,

        Respondent.

_____/

Decision filed May 16, 2023.

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Glenn Alan Chiarilli, Bushnell, pro se.

No Appearance for Respondent.


PER CURIAM.

     DENIED.

MAKAR, KILBANE and MACIVER, JJ., concur.